IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| vs. | ) | NO. 07 C 5169 |
| RYDER STEEL CONSTRUCTION, | ) | JUDGE WAYNE R. ANDERSEN |
| JAMES F. KOCH, d/b/a RYDER STEEL CONSTRUCTION, | ) | |
| MELISSA KOCH, d/b/a RYDER STEEL CONSTRUCTION, | ) | |
| Defendants. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendants, RYDER STEEL CONSTRUCTION, JAMES F. KOCH, d/b/a RYDER STEEL CONSTRUCTION, and MELISSA KOCH, d/b/a RYDER STEEL CONSTRUCTION, in the total amount of $2,299.07, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,070.50.

On September 15, 2007, the Summons and Complaint was served on the Defendant, Ryder Steel Construction (by tendering a copy of said documents to Melissa Koch) at her place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on October 8, 2007.

On September 15, 2007, the Summons and Complaint was served on the Defendant, James F. Koch, d/b/a Ryder Steel Construction (by tendering a copy of said documents to Melissa Koch)

at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on October 8, 2007.

On September 15, 2007, the Summons and Complaint was served on the Defendant, Melissa Koch, d/b/a Ryder Steel Construction, by tendering a copy of said documents to her personally at her place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on October 8, 2007.

As Defendants have failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\Ryder Steel\motion for default and judgment.pnr.df.wpd

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 21st day of November 2007:

Ryder Steel Construction
103 N. 4th Street
Watseka, IL 60970

James F. Koch, d/b/a Ryder Steel Construction
103 N. 4th Street
Watseka, IL 60970

Melissa Koch, d/b/a Ryder Steel Construction
103 N. 4th Street
Watseka, IL 60970

/s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\Ryder Steel\motion for default and judgment.pnr.df.wpd